■ LILLIAN BECK, Respondent, v MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY, Appellant.—Order, Supreme Court, New York County (Alfred Toker, J.), entered on or about August 19, 1991, unanimously affirmed for the

reasons stated by Toker, J., without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Milonas, Kupferman and Ross, JJ.